**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATHAN G. ALLEN, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No:  16 CV 5483** |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOBSON TRANSPORTATION COMPANY, INC, | ) | **JURY DEMAND** |
| d/b/a JACOBSON COMPANIES, | ) | |
| | ) | |
| **Defendant.** | ) | |

**FIRST AMENDED COMPLAINT**
**AS AND FOR A FIRST COUNT OF ACTION**
**(Title VII-RACE DISCRIMINATION)**

**Nature of the Action**

1.    This is an action under Title VII of the Civil Rights Act of 1964 and as amended by inter alia, the Civil Rights Act of 1991 ("ACT"), for the Defendant, **JACOBSON TRANSPORTATION COMPANY, INC., d/b/a JACOBSON COMPANIES,** ("JACOBSON" or Defendant) having subjected Plaintiff, **NATHAN G. ALLEN**, hereinafter ("ALLEN") to race discrimination (disparate treatment) and retaliation despite ALLEN his complaints about same.

**JURISDICTION AND VENUE**

2.  Jurisdiction of this Court is invoked 28 U.S.C. Section 1331, 1337, 1343 and 1345, 1391 (e). This action is authorized and instituted pursuant to Title VII of the Civil Rights 1964 ("ACT"), 42 U.S.C.A. §§ 2000 (e) et seq.

3. The employment practice hereinafter alleged to be unlawful where and is now being committed in the Northern District of Illinois Eastern Division.

4. ALLEN is a male Black African-American and had been employed by JACOBSON from July 2, 2014 until his wrongful termination in February 23, 2015.

5. JACOBSON is a foreign Corporation organized under the laws of Iowa and is do business in Illinois with over 500 employees.

6. On July 2, 2014, ALLEN was hired as a Truck Driver and was located at his termination in Romeoville, Illinois.

7. Plaintiff was at all times a good, loyal, hardworking and competent employee of Defendant, and, until his termination, performing to the satisfaction of his employer.

8. ALLEN was thereafter wrongfully terminated by Defendant, for reasons set forth below on February 23, 2015.

9. JACOBSON is an employer within the meaning of the ACT and has been at all times material to the allegations herein.

**FACTUAL BASIS**

10. This action brought against the Defendant, JACOBSON having subjected Plaintiff, ALLEN to race discrimination by failure to treat him the same as non-African-American Black employees despite ALLEN's complaints about same. Notwithstanding the foregoing, defendant discriminated against plaintiff in the terms and conditions of his employment on account of his race as further alleged herein.

11. In 2014-2015, Plaintiff complained to Defendant, about the ongoing acts of discrimination against him by unfairly limiting him to overtime opportunities and his conditions of employment.

12. On February 23, 2015, defendant terminated plaintiff's employment on account of his race and in retaliation for complaining about the terms and conditions of his employment.

13. Defendant by its action or actions of its agents set forth above, caused and created a hostile work environment which unreasonably interfered with the terms and conditions of Plaintiff's employment and his performance in his occupation, by failing to treat him the same as a non-African-American Black employees. Further, by said acts, Defendant's agents created a discriminatory and offensive work environment. All in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-c et seq; as amended by <u>inter alia</u> the Civil Rights Act of 1991.

14. As a direct result of defendant's actions, plaintiff has suffered damages in excess of $100,000.of race discrimination and disparate treatment by Defendant, Plaintiff has also suffered great pain, humiliation and mental anguish, all to his damage.

15. Further, said action on the part of the Defendant was done with malice and reckless disregard for Plaintiffs' protected rights.

16. Plaintiff exhausted all administrative and other remedies available to his before filing this complaint.

17. Plaintiff filed a discrimination charge against Defendant with the Equal Employment Opportunity Commission (EEOC) in March of 2015. That charge was timely filed, under

3

the ACT. (See Exhibit "A")

18. On February 22, 2016, Plaintiff was sent a notice from the EEOC of his right to bring this action (See Exhibit "B"), and Plaintiff timely filed this action.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Title VII-RETALIATION)

19. ALLEN realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

20. JACOBSON has intentionally retaliated against ALLEN, based upon his complaining that JACOBSON was not treating him the same in assignments and overtime opportunities as other fellow employees that were not African-American Blacks. Wherein, Defendant's agents created an offensive and a retaliatory work environment resulting in his termination, all in violation of Title VII, of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-e et seq, as amended by, inter alia the Civil Rights Act of 1991. All in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-c et seq; as amended by inter alia the Civil Rights Act of 1991.

21. By reason of the retaliation of JACOBSON, ALLEN has suffered a loss of earnings and benefits, in addition to suffering great pain, humiliation and mental anguish, all to his damage.

27. Further, said action on the part of the JACOBSON was done with malice and reckless disregard for ALLEN'S protected rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. Reinstatement and declare the conduct engaged in by Defendant to be in violation of Plaintiff's rights;

4

2.  For compensatory damages of $300,000.00 for each count set forth above;

3.  For costs of suit, including reasonable attorney's fees and expert fees, pursuant to

42 U.S.C.A §  12117(a), which incorporates the remedies set forth in Title VII of the

Civil Rights Act of 1964, Title 42 U.S.C.A. §  2000e-5(k); and

4. For such other and further relief as the court deems proper.

NORMAN G. ALLEN

BY:/S/ **Michael T. Smith**
Michael T. Smith
Trial Attorney


Michael T. Smith
6180407IL
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626